IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GOODWILL INDUSTRIES INTERNATIONAL, INC. AND GOODWILL INDUSTRIES OF MIDDLE GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAS GOODWILL, LAWANDA FULCHER AND KING SINGLETON, <br><br> Defendants. | CIVIL ACTION FILE NO. CV107-164 |

## ORDER

Upon consideration of the Motion to Dismiss brought by the plaintiffs, Goodwill Industries International, Inc. and Goodwill Industries of Middle Georgia, Inc.;

IT IS HEREBY ORDERED as follows:

The plaintiff's Motion is GRANTED and their Complaint against defendants Americas Goodwill, LaWanda Fulcher and King Singleton is dismissed with prejudice.

This 11 day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:
/s/ Thomas L. Cathey
Thomas L. Cathey
Georgia Bar No. 116622

David E. Hudson
Georgia Bar No. 374450
Attorneys for Plaintiffs Goodwill
Industries, International, Inc. and
Goodwill Industries of Middle
Georgia, Inc.